IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICKY JACKSON                                                                                          PLAINTIFF

       v.                              Civil No. 13-5299

FIELD DEPUTY G. POP, Benton
County Sheriff's Office (BCSO);
SHERIFF CRADDUCK, Benton County,
Arkansas; FIELD DEPUTY DAVID
RUARK, BCSO; FIELD DEPUTY
TERRY EGGELSTON, Barry County,
Missouri                                                                                          DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. He proceeds *pro se.*

With his complaint, Plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to have the certification regarding inmate funds held in his name completed. By order (Doc. 3) entered on December 20, 2013, Plaintiff was given until January 8, 2014, to either have the certificate portion of the IFP application completed by the appropriate detention center official and return the application to this Court for review and filing or pay the $350 filing fee and $50 administrative fee, a total of $400. Plaintiff was advised that failure to obey the order would subject this case to summary dismissal.

On January 8, 2014, Plaintiff submitted another motion to proceed IFP (Doc. 5). Once again, the account certificate was not completed and returned as part of the IFP application.

Plaintiff was given another opportunity to submit a complete account certificate as part of his IFP application. Plaintiff was given until January 27, 2014, to supply the Court with a

completed IFP application (including the account certificate portion). Plaintiff was advised that failure to return the completed IFP application or pay the $400 by January 27, 2014, would result in the dismissal of his case.

An order to show cause was entered on February 24, 2014. Plaintiff was given until March 11, 2014, to show cause why the case should not be dismissed. To date, Plaintiff has not provided a complete IFP application or paid the filing fee.

Plaintiff did not respond to the show cause order. Plaintiff has not requested an extension of time to do so. Plaintiff has not communicated with the Court is anyway.

I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey the orders of this Court and his failure to prosecute this action. Fed. R. Civ. P. 42(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st day of April 2014.

/s/ *Erin L. Setser*
   HON. ERIN L. SETSER
   UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)