IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICKY JACKSON                                                                           PLAINTIFF

v.                                    Case No. 5:13-CV-05299

FIELD DEPUTY G. POP, Benton
County Sheriff's Office (BCSO);
SHERIFF CRADDUCK, Benton County,
Arkansas; FIELD DEPUTY DAVID
RUARK, BCSO; FIELD DEPUTY
TERRY EGGELSTON, Barry County,
Missouri                                                                              DEFENDANTS

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 10) filed in this case on April 21, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. The objection period has passed with no objections being filed by any party.

The Court, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Application for Leave to proceed *in forma pauperis* (Doc. 5) is DENIED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to obey the orders of this court and his failure to prosecute this action.

IT IS SO ORDERED this 15th day of May, 2014.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE